U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 2 4 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE D. THOMPSON | CIVIL ACTION NO. 08-0252 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 20] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 21] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Terrance D. Thompson's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 24 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE